1
2
3
4
5
6
7
8
9
10
11
12                    **UNITED STATES DISTRICT COURT**

13              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14

15    RUBEN JESSE ALEJANDRO,                    **CASE NO. 1:15-cv-00743-SKO**

16                    Plaintiff,

17          v.                                   **ORDER TO AMEND APPLICATION**
                                                 **TO PROCEED IN FORMA PAUPERIS**
18

19    CAROLYN W. COLVIN,
      Acting Commissioner of Social Security    **(Doc. 3)**
20    Administration,

21

22                    Defendant.
      _____/
23

24

25          Plaintiff Ruben Jesse Alejandro ("Plaintiff") filed a complaint on May 14, 2015, along

26    with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.   (Doc. 3.)

27    Plaintiff's application fails to set forth answers to question number 3 regarding any other income

28    received in the last 12 months.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 28 days from the date of this order, Plaintiff shall file an amended application to proceed *in forma pauperis* that fully responds to all applicable questions, including question number 3; and

2. The Clerk of Court is DIRECTED to serve Plaintiff with a copy of this order and a new *in forma pauperis* application form.

IT IS SO ORDERED.

Dated:   **May 19, 2015**                           /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE