# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JESSE ALEJANDRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:15-cv-00743-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 3, 5) |

　　　　Plaintiff Ruben Jesse Alejandro filed a complaint on May 14, 2015, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 3.) Plaintiff's application to proceed *in forma pauperis* was incomplete, however, and on May 19, 2015, Plaintiff was ordered to submit an amended application. (Doc. 4.) On May 29, 2015, Plaintiff filed an amended application that demonstrates entitlement to proceed without prepayment of fees.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's amended application to proceed *in forma pauperis* is GRANTED;

　　　　2.　　The Clerk of Court is DIRECTED to issue a summons; and

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated: **June 2, 2015**            **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE