# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JESSE ALEJANDRO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendants.<br>_____/ | Case No. 1:15-cv-00743-SKO<br><br>**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE AN OPENING BRIEF** |

On May 14, 2015, Plaintiff, proceeding *in propria persona* and *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of his application for benefits. (Doc. 1.) Plaintiff's application to proceed *in forma pauperis* was granted on June 2, 2015 (Doc. 6), and he was served with an Informational Order for Pro Se Litigants on November 25, 2015 (Doc. 13).

The Informational Order detailed Plaintiff's responsibilities as a pro se litigant, including the substantive requirements of the exchange of confidential letter briefs and requirement to file an opening brief, and required that Plaintiff file his opening brief with the Court and serve his opening brief on the Commissioner by no later than June 7, 2016. (*See* Doc. 13, pp. 2-4, 7.) Plaintiff was further advised of the deadlines for the Commissioner's responsive brief, July 7, 2016, and for any reply brief, July 22, 2016. (*Id.*)

On June 7, 2016, Plaintiff failed to file and serve his opening brief with the Court and on the Commissioner. (*See* Docket.) Therefore, Plaintiff is ordered to show cause, if any, why the

1 action should not be dismissed for failure to comply with the Court's November 20, 2015,
2 Informational Order setting forth the briefing schedule (Doc. 1.).  Alternatively, Plaintiff may file
3 an opening brief.

4     Accordingly, it is HEREBY ORDERED that:

5   1.  By no later than **August 17, 2016**, Plaintiff shall **either**
6       a.  file a written response to this Order to Show Cause; **or**
7       b.  file an Opening Brief conforming with the requirements set out in the
8           Informational Order.
9   2.  Failure to respond to this Order to Show Cause will result in dismissal of this
10          action.

12 IT IS SO ORDERED.

13  Dated:   **July 13, 2016**              **/s/ Sheila K. Oberto**
14                            UNITED STATES MAGISTRATE JUDGE

2